UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.

BRENDA BROWN,

    Plaintiff,

v.

SANTANDER CONSUMER USA, INC.,

    Defendant.

_____/

## NATURE OF ACTION

1. This is an action brought under the Florida Consumer Collection Practices Act, Fla. Stat. §559.72. ( "FCCPA"), and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 47 U.S.C. § 227(b)(3), 28 U.S.C. § 1331, and 28 U.S.C. § 1367(a).

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and where Defendant transacts business in this district.

## PARTIES

4. Plaintiff, BRENDA BROWN ("Plaintiff"), is a natural person who at all relevant times resided in the State of Florida, County of Sarasota, and City of Sarasota.

5. Plaintiff is a "consumer" as defined by the FCCPA.

6. Defendant, SANTANDER CONSUMER USA, INC. ("Defendant"), is a corporation who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by the FCCPA.

7. Defendant is a "debt collector" as defined by FCCPA.

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendant.

9. Plaintiff's obligation, or alleged obligation, owed or due, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.

10. In connection with collection of an alleged debt, Defendant sent Plaintiff written invoices on three occasions, indicating that Plaintiff needed to pay $437.15 by July 6, 2011, August 6, 2011, and September 9, 2011 respectively. (See written invoices, true and correct copies of which are attached hereto as Exhibit "A").

11. Additionally, Defendant's written invoices all stated that the maturity date on the loan was October 6, 2011, and noted a zero balance for "Past Due Amount" and "Unpaid Fees & Charges."

12. Defendant called Plaintiff's cellular telephone on September 11, 2011 at 8:18 A.M. in an attempt to collect the $437.15 allegedly due.

13. During the call on September 11, 2011, Plaintiff informed Defendant that her last three invoices showed the maturity date as October 6, 2011, that Plaintiff currently had a zero past due amount, and that she owed nothing in unpaid fees and charges.

14. Defendant continued to place non-emergency calls to Plaintiff's cellular telephone on including, but not limited to, the following dates and times:

September 14, 2011 at 12:43 P.M.

September 18, 2011 at 8:43 A.M.

September 19, 2011 at 4:48 P.M.

September 25, 2011 at 8:07 A.M.

September 25, 2011 at 2:33 P.M.

September 26, 2011 at 9:38 A.M.

September 26, 2011 at 2:27 P.M.

September 26, 2011 at 3:39 P.M.

15. During each of the above conversations, Plaintiff informed Defendant that Plaintiff did not intend to make a payment on the account, as her invoices from Defendant indicated that payment was not required until October 6, 2011.

16. On September 27, 2011, Plaintiff sent Defendant written communication, informing Defendant of the information contained in her previous invoices, stating that her account is not past due, specifically stating the following:

> "SO PLEASE STOP ALL OF THE NUMEROUS DAILY CALLS THAT I CONSIDER TO BE QUITE HARASSING. YOU HAVE NOT PROVIDED ME WITH VARIFYABLE [sic] INFORMATION ALTHOUGH I HAVE SPOKEN WITH 2 OF YOUR MANAGERS. ACCORDING TO THE INVOICE THAT I HOLD IN MY HAND, THIS ACCOUNT WILL BE PAID IN FULL IN OCTOBER 2011."

See written correspondence dated September 27, 2011, attached hereto as Exhibit "B"

17. Despite Plaintiff's demand to cease all telephonic communication, Defendant placed non-emergency calls to Plaintiff's cellular telephone including, but not limited to, the following:

October 6, 2011 at 8:17 A.M.

October 6, 2011 at 2:39 P.M.

October 10, 2011 at 8:56 A.M.

October 10, 2011 at 2:48 P.M.

October 10, 2011 at 6:10 P.M.

October 11, 2011 at 2:33 P.M.

18. During a conversation on October 6, 2011, Plaintiff again verbally demanded Defendant cease all telephonic communications.

19. During a conversation on October 10, 2011, Plaintiff again verbally demanded Defendant cease all telephonic communications.

20. Defendant willfully and knowingly placed multiple non-emergency calls to Plaintiff's cellular telephone, without the prior express consent of Plaintiff, using an automatic telephone dialing system and/or artificial or pre-recorded voice, including, but not limit to, the six (6) calls referenced above.

### COUNT I
### VIOLATIONS OF SECTION 559.72(7) OF THE FCCPA
### AGAINST DEFENDANT

21. Plaintiff re-alleges and incorporates by reference as though fully set forth herein, paragraphs 1-20 of this complaint.

22. Defendant violated §559.72(7) of the Florida Consumer Collection Practices Act by willfully communicating with a debtor, or any member of her or his family with such

frequency as would reasonably be expected to harass the debtor or the debtor's family, or such other conduct reasonably expected to abuse or harass the debtor or any member of the debtor's family.

WHEREFORE, Plaintiff respectfully prays for judgment as follows:

a. All actual compensatory damages suffered;

b. Emotion and/or mental anguish damages;

c. Statutory damages of $1,000.00;

d. Plaintiff's attorneys' fess and costs;

e. Any other relief deemed appropriate by this Honorable Court.

## COUNT II

23. Plaintiff re-alleges and incorporates by reference as though fully set forth herein, paragraphs 1-20 of this complaint.

24. Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) by placing non-emergency calls to Plaintiff's cellular telephone, without prior express consent of Plaintiff, using an automatic telephone dialing system and/or artificial or pre-recorded voice.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a. Adjudging that Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii);

b. Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3)(B), in the amount of $500.00 per violation;

c. Awarding Plaintiff statutory damages, pursuant to 47 U.S.C. § 227(b)(3)(C), in the amount of $1,500.00 per violation;

d. Awarding Plaintiff actual damages, pursuant to 47 U.S.C. § 227(b)(3)(B);

e. Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

f. Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

## TRIAL BY JURY

25. Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 22nd day of December, 2011.

Respectfully submitted,
BRENDA BROWN

By: _____
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

# EXHIBIT "A"



**Santander CONSUMER**

BRENDA K BROWN
4887 CEDAR OAK WAY
SARASOTA, FL 34233-3292

7/7/11
# 3429

**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Number | 4277300 |
| Account Status | Current |
| Statement Date | 06/20/2011 |
| Payment Due Date | 07/06/2011 |
| Payment Amount | $437.15 |
| Payments Made | 50 |
| Maturity Date | 10/06/2011 |
| Balance | $2,088.17 |
| Past Due Amount | $0.00 |
| Unpaid Fees & Charges | $0.00 |

**TOTAL AMOUNT DUE**

**$437.15** By 07/06/2011

---



**Santander CONSUMER**

A021309

BRENDA K BROWN
4887 CEDAR OAK WAY
SARASOTA, FL 34233-3292

**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Number | 4277300 |
| Account Status | Current |
| Statement Date | 07/18/2011 |
| Payment Due Date | 08/06/2011 |
| Payment Amount | $437.15 |
| Payments Made | 51 |
| Maturity Date | 10/06/2011 |
| Balance | $1,669.16 |
| Past Due Amount | $0.00 |
| Unpaid Fees & Charges | $0.00 |

**TOTAL AMOUNT DUE**

**$437.15** By 08/06/2011

---



**Santander CONSUMER**

6008058

BRENDA K BROWN
4887 CEDAR OAK WAY
SARASOTA, FL 34233-3292

**ACCOUNT INFORMATION**

| | |
|---|---|
| Account Number | 4277300 |
| Account Status | Current |
| Statement Date | 08/22/2011 |
| Payment Due Date | 09/06/2011 |
| Payment Amount | $437.15 |
| Payments Made | 52 |
| Maturity Date | 10/06/2011 |
| Balance | $1,249.24 |
| Past Due Amount | $0.00 |
| Unpaid Fees & Charges | $0.00 |

**TOTAL AMOUNT DUE**

**$437.15** 09/06/2011

## Dear Brenda Brown,

**CURRENT CitiFinancial Auto Account Number - 3623355901**
**NEW Santander Consumer USA Account Number - 4277300**

CitiFinancial Auto recently entered into an agreement that allows Santander Consumer USA Inc. to serve as a third-party servicer for part of its auto loan/retail installment contract portfolio. As part of this transaction your auto loan/retail installment contract is still owned by CitiFinancial Auto but will be serviced by Santander Consumer USA effective 9/6/10.

This service transfer does not affect the current terms of your auto finance contract. Please note that your new account number with Santander Consumer USA is 4277300.

» **If you currently pay your monthly bill using online banking or other bill pay service (ACH or debit card recurring)**, your regularly scheduled automatic payments will continue without interruption, although the receiving bank notation on your receipt will change to Santander Consumer USA.

» **If you have verbally authorized CitiFinancial Auto to pay your loan/retail installment contract by check drawn on your bank account (the "CheckDraft" process)**, such authorization will cease to be valid on 10/3/10. Customers using CheckDraft will receive information from Santander Consumer USA about how to enroll in our Auto Pay program.

» **If you do not currently utilize automatic bank draft to make your monthly payment**, you will soon receive a new monthly account statement from Santander Consumer USA that contains instructions for submitting your payment. You may also securely view, manage and make payments for your account online by enrolling in the MyAccount area of SantanderConsumerUSA.com. You will need a valid e-mail address and your social security number to establish an online account. The MyAccount area of the Web site also allows you to sign up for online statements if you prefer to receive your monthly account summary via e-mail.

**Beginning 9/6/10, please direct all correspondence and payments
concerning your account to Santander Consumer USA.**

| **Correspondence** | **Payments** | **Online & Phone** |
|---|---|---|
| (For non-payment correspondence only) | See the information below regarding payment options, or sign up to pay online in the My Account area of SantanderConsumerUSA.com | Manage your account anytime in the My Account area of SantanderConsumerUSA.com |
| Santander Consumer USA Inc. P.O. Box 961245 Fort Worth, TX 76161-1245 | | Call toll-free at 1.888.222.4227. Mon - Thur 7 a.m. - 11 p.m. Central Fri 7 a.m. - 9 p.m. Central Sat - Sun 7 a.m. - 5 p.m. Central |

### ADDITIONAL INFORMATION ABOUT PAYMENTS

If you would like to pay your bill using automatic bank draft, you may enroll in Santander Consumer USA's Auto Pay program and have your monthly payment deducted from your personal checking or savings account on your payment due date. Sign up online in the My Account area of SantanderConsumerUSA.com or complete the Auto Pay Authorization on the back of your statement coupon.

**SEE BACK FOR AN IMPORTANT NOTICE OF YOUR RIGHTS.**

*Continued on reverse side*

# EXHIBIT "B"

EXHIBIT "B"

Brenda Brown
4887 Cedar Oak Way
Sarasota, FL 34233


September 27, 2011


Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

REF: CitiFinancial Account Number 3623355901
 Santander    Account Number 4277300


To Whom It May Concern:

PLEASE REVIEW THE ENCOLOSED INVOICES FROM SANTANDER AND NOTE THAT ACCORDING TO YOUR INVOICES THAT YOU SENT TO ME AND THAT I PAID AS REQUESTED..... MY ACCOUNT IS NOT PAST DUE.

Santander has been calling my cell phone upwards of three times per day, which is not acceptable. I spoke with a manager, Akelia, on 9/19/2011, Monday, and explained that my account was not past due. She said that my account would be reviewed and that I would be contacted. The calls stopped for a couple of days. But however, just this past Sunday, 9/25/2011, I received a call from Chris at 8:08am. I called Santander back and spoke to Leroy Wade, a manager, at 11:15am and explained the situation. He said that he understood what I was saying and could hear my frustration, and that he would forward the information on. But guess what, at 2:34pm, I get another call from Santander in an attempt to collect a debt!!!

On Monday, 9/26/2011, I get calls at 9:38am, 2:27pm, and 3:39pm. Enough is enough.

Again, according to the invoices that I am sending copies of, they state:
| | |
|---|---|
| Maturity Date: | 10/06/2011 |
| Past Due Amount: | $0.00 |
| Unpaid Fees & Charges: | $0.00 |

*SO, PLEASE STOP ALL OF THE NUMEROUS, DAILY CALLS THAT I CONSIDER TO BE QUITE HARRASSING.* YOU HAVE NOT PROVIDED ME WITH VARIFYABLE INFORMATION ALTHOUGH I HAVE SPOKEN WITH 2 OF YOUR MANAGERS.

ACCORDING TO THE INVOICE THAT I HOLD IN MY HAND, THIS ACCOUNT WILL BE PAID IN FULL IN OCTOBER 2011.

Also, if this account has been reported to the credit bureaus, I am requesting that you remove any late payment comments and/or that you mark the account "disputed" so that I may forward this information on as my dispute.

Sincerely,


Brenda Brown
Enclosures
CC: Better Business Bureau