## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CASE NO. 8:11-cv-02846-EAK-EAJ

BRENDA BROWN,

    Plaintiff,

v.

SANTANDER CONSUMER USA, INC.,

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

          Respectfully submitted,
          BRENDA BROWN

          By: s/ Alex Weisberg
          ALEX D. WEISBERG
          FBN: 0566551
          WEISBERG & MEYERS, LLC
          ATTORNEYS FOR PLAINTIFF
          5722 S. Flamingo Road, Ste. 656
          Cooper City, FL 33330
          (954) 212-2184
          (866) 577-0963 fax
          aweisberg@attorneysforconsumers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT this Notice was filed on this 29th day of February, 2012, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. R. Frank Springfield, fspringf@burr.com.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com